UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KELLY VIRGINIA MAY,**

    **Plaintiff,**

v.                                                           **Case No.: 8:24-CV-1322-AAS**

**FRANK BISIGNANO,**
**Commissioner of the Social**
**Security Administration,**[1]

    **Defendant.**
_____/

## ORDER

    Plaintiff Kelly Virginia May moves for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 30). The Commissioner does not oppose the motion. (Doc. 31).

    Ms. May requests $7,032.98 in attorney's fees. The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. An August 12, 2025 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 27). The Clerk of Court entered judgment in favor of Ms. May. (Doc. 28).

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Under Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Bisignano should be substituted as the defendant in this suit.

1

The Commissioner does not contest the following: Ms. May is the prevailing party; the Commissioner's position was not substantially justified; and Ms. May attorney's fees request is reasonable. A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Ms. May is entitled to $7,032.98 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Ms. May owes a debt to the United States. Ms. May assigned her rights to EAJA fees to her attorney. (Doc. 30, p. 15). So, if Ms. May has no federal debt, the United States will accept her assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, it is **ORDERED** that Ms. May's motion for attorney's fees under the EAJA (Doc. 30) is **GRANTED**. Ms. May is awarded **$7,032.98** in attorney's fees.

**ORDERED** in Tampa, Florida, on November 18, 2025.

AMANDA ARNOLD SANSONE
United States Magistrate Judge